UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------X
BYRON BREEZE, JR.,                                      CASE NO.: 1:22-cv-1295 (DLF)
*an individual,*
c/o Bashian & Papantoniou, P.C.
500 Old Country Road, Suite 302
Garden City, New York 11530

       Plaintiff,

       v.

NAJAFFE LLC,
d/b/a City Sliders,
*a District of Columbia limited liability company*,
1717 N Street NW, Suite 1
Washington, DC 20036,

and

YK 1529 WISCONSIN AVE NW LIMITED PARTNERSHIP,
*a District of Columbia limited partnership,*
1529 Wisconsin Avenue NW
Washington, DC 20007-2739,

       Defendants.
---------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANTS NAJAFFE LLC, d/b/a City Sliders,
And YK 1529 WISCONSIN AVE LIMITED PARTNERSHIP**

Plaintiff Byron Breeze, Jr., ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. Proc. Rule 55, hereby moves for Entry of an Order of Default against Defendants NAJAFFE LLC, d/b/a City Sliders ("City Sliders"), and YK 1529 WISCONSIN AVE LIMITED PARTNERSHIP ("1529 Wisconsin") (collectively, the "Defendants").  As grounds therefore, Plaintiff states as follows:

1. A Complaint was filed on May 12, 2022 *(D.E. 1)*.

1

2. As established by the Affidavit of Service filed on May 18, 2022 *(D.E. 4)*, service was properly effectuated upon City Sliders.

3. As established by the Affidavit of Service filed on May 18, 2022 *(D.E. 5)*, service was properly effectuated upon 1529 Wisconsin.

4. The time for Defendant, City Sliders, to answer or otherwise move with respect to the Complaint, has expired.

5. The time for Defendant, 1529 Wisconsin, to answer or otherwise move with respect to the Complaint, has expired.

6. Defendant, City Sliders, has not answered or otherwise moved with respect to the Complaint, and the time to answer or otherwise move has not been extended.

7. Defendant, 1529 Wisconsin, has not answered or otherwise moved with respect to the Complaint, and the time to answer or otherwise move has not been extended.

8. Defendant, City Sliders, is a District of Columbia limited liability company. Defendant City Sliders is not an infant or incompetent, and there is no requirement to file a military service affidavit as to City Sliders.

9. Defendant, 1529 Wisconsin, is a limited partnership. Defendant 1529 Wisconsin is not an infant or incompetent, and there is no requirement to file a military service affidavit as to 1529 Wisconsin based on the facts in this litigation.

10. The only damages sought by Plaintiff are statutory in nature as provided for within District of Columbia Human Rights Act, D.C. Code § 2-1401.0 et seq., attorneys' fees and costs as per 42 U.S.C. Section 12205, 12117, and injunctive relief requiring remediation of ADA issues as set forth within Plaintiff's Complaint.

11. The record in this action demonstrates that there has been a failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff requests that the Clerk enter a default against Defendants City Sliders and 1529 Wisconsin, pursuant to Fed. R. Civ. P. 55(a). An Affirmation is also submitted

in support of this request.

            Respectfully submitted,

DATED this 14th Day of June, 2022

            BASHIAN & PAPANTONIOU, P.C.
            *Attorneys for Plaintiff*
            500 Old Country Road, Ste. 302
            Garden City, NY 11530
            Tel: (516) 279-1554
            Fax: (516) 213-0339
            By: */s/ Erik M. Bashian, Esq.*
            ERIK M. BASHIAN, ESQ.
            D.C. Bar No. 1657407
            eb@bashpaplaw.com

## **CERTIFICATE OF SERVICE**

      I, Erik M. Bashian, Esq., HEREBY CERTIFY that on the 14th day of June, 2022, I served a true and correct copy of the foregoing Motion for Clerk's Entry of Default and Affirmation of Erik M. Bashian, Esq., upon the defendants NAJAFFE LLC and YK 1529 WISCONSIN AVE LIMITED PARTNERSHIP, via FedEx overnight mail by depositing the same in a post-paid wrapper, in an official depository under the exclusive care within New York State, addressed to the following addresses:

YK 1529 Wisconsin Ave NW Limited Partnership  
1529 Wisconsin Avenue NW  
Washington, DC 20007-2739

Najaffe LLC  
1717 N Street NW, Suite 1  
Washington, DC 20036

Dated: Garden City, NY  
      June 14, 2022

            Bashian & Papantoniou, P.C.  
            500 Old Country Road, Ste. 302  
            Garden City, NY 11530

By: /s/ Erik M. Bashian  
     Erik M. Bashian, Esq. (EB 7326)  
     eb@bashpaplaw.com  
     PH: (516) 279-1554