UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------X

BYRON BREEZE, JR.,  CASE NO.:  1:22-cv-1295 (DLF)
*an individual,*
c/o Bashian & Papantoniou, P.C.
500 Old Country Road, Suite 302
Garden City, New York 11530

       Plaintiff,

       v.

NAJAFFE LLC,
d/b/a City Sliders,
*a District of Columbia limited liability company*,
1717 N Street NW, Suite 1
Washington, DC 20036,

and

YK 1529 WISCONSIN AVE NW LIMITED PARTNERSHIP,
*a District of Columbia limited partnership,*
1529 Wisconsin Avenue NW
Washington, DC 20007-2739,
,

       Defendants.

------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS NAJAFFE LLC, d/b/a City Sliders and YK 1529 WISCONSIN AVE LIMITED PARTNERSHIP**

    Erik M. Bashian, Esquire hereby declares as follows:

1. I am a shareholder at BASHIAN & PAPANTONIOU, P.C., attorneys for the Plaintiff herein, BYRON BREEZE Jr., and as such am fully familiar with the facts and circumstances of the proceedings.

2. This action was commenced pursuant to Plaintiff's filed Complaint, arising out of Defendants' failure to meet proper compliance as set forth in the ADA Accessibility Guidelines 28 C.F.R. Part 36.

93601v2

3. On May 12, 2022, Plaintiff filed a Complaint in the above-entitled action against Defendants NAJAFFE LLC, d/b/a City Sliders ("City Sliders"), and YK 1529 WISCONSIN AVE LIMITED PARTNERSHIP ("1529 Wisonsin") (collectively, the "Defendants") (*D.E. 1*).

4. As established by the Affidavit of Service filed on May 18, 2022 *(D.E. 4)*, service was properly effectuated upon City Sliders.

5. As established by the Affidavit of Service filed on May 18, 2022 *(D.E. 5)*, service was properly effectuated upon 1529 Wisconsin.

6. No extension has been requested or given and more than twenty-one (21) days have elapsed since each of the Defendants were served.

7. The Defendants have failed to plead, appear, or otherwise defend against the allegations in the Complaint, as required under the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff, Byron Breeze Jr., requests that the default of Defendants, Najaffe LLC, d/b/a City Sliders, and YK 1529 Wisconsin Ave Limited Partnership, be noted and a certificate of default issued.

I declare that the foregoing is true and accurate to the best of my information, knowledge, and belief.

Respectfully submitted,

DATED this 14th Day of June, 2022

BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:   (516) 279-1554
Fax:   (516) 213-0339
By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.
D.C. Bar No. 1657407
eb@bashpaplaw.com