### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., *an individual*, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:22-cv-1295-DLF |
| | * |
| NAJAFE LLC | * |
| d/b/a City Sliders | * |
| | * |
| and | * |
| | * |
| | * |
| YK 1529 WISCONSIN AVE NW | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal as to defendants NAJAFE LLC d/b/a City Sliders and YK 1529 WISCONSIN AVE NW LIMITED PARTNERSHIP.

Dated this 20th day of July, 2022.

    Respectfully Submitted,

    BASHIAN & PAPANTONIOU, P.C.
    *Attorneys for Plaintiff*
    500 Old Country Road, Ste. 302
    Garden City, NY 11530
    Tel:   (516) 279-1554
    Fax:  (516) 213-0339

    By: */s/ Erik M. Bashian*
    ERIK M. BASHIAN, ESQ.
    D.C. Bar No. 1657407
    eb@bashpaplaw.com

94422v2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of Court using CM/ECF this 20th day of July, 2022.

By: /s/ *Erik M. Bashian, Esq.*
    ERIK M. BASHIAN, ESQ.
    eb@bashpaplaw.com
    D.C. Bar No. 1657407
